IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

BENNIE WYATT BROOKS,                    *

        Plaintiff                       *

vs.                                     *
                                            CASE NO. 4:07-CV-103 (CDL)
JAMES DONALD and H. DWIGHT              *
HAMRICK,
                                        *
        Defendants

                                        *
_____

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE


        After a *de novo* review of the record in this case, the Report

and Recommendation filed by the United States Magistrate Judge on

October 25, 2007 is hereby approved, adopted, and made the Order of

the Court.

        The objections of the Plaintiff have also been thoroughly

considered and are found to be without merit.

        IT IS SO ORDERED, this 4th day of March, 2008.


                                    S/Clay D. Land
                                      CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE